Johnson v. Board of Education.

JOHNSON ET AL., APPELLANTS, v. BOARD OF EDUCATION.

**Appeal:** INJUNCTION: FINAL JUDGMENT. No appeal lies from an order dissolving a temporary injunction and awarding damages and costs.

*Appeal from Clinton Circuit Court.*—HON. PHILANDER LUCAS, Judge.

*J. E. Merryman* and *J. M. Lowe* for appellants.

*Thos. E. Turney* and *Thos. J. Porter* for respondent.

HOUGH, J.—This was a proceeding to enjoin a township

board of education, in Clinton County, from removing a school house in a certain sub-district, and from carrying into execution an order of said board, re-districting the township.  A temporary injunction was granted, which, after answer filed, was on motion dissolved.  The only judgment in the case is one dissolving · the injunction and awarding one cent damages and costs against the sureties in the injunction bond.  Appeals are allowed, by our statute, from final judgments only.  This is not a final judgment.  It has been held in Illinois (*Titus v. Mabee*, 25 Ill. 257) and perhaps elsewhere, that where an injunction is the sole object of the bill, a decree dissolving the injunction may be regarded as final, for the purpose of an appeal. But a different rule was established in this State more than fifty years ago, in the case of *Tanner v. Irwin*, 1 Mo. 65, and that rule has been recently followed in the case of *Carpenter v. Talbot*, decided at the February Term, 1873, at St. Joseph, but not reported.

The appeal is premature, and must be dismissed.  All the judges concur, except Judge SHERWOOD, absent.

DISMISSED.